893 A.2d 67

Lisa and Steven GIORDANO, Petitioners

v.

DEPARTMENT OF ENVIRONMENTAL
PROTECTION, Respondent.

Robeson Township, Intervenor

Browning–Ferris Industries, Inc., New Morgan
Landfill Company, Inc., and Conestoga
Landfill, Intervenors.

Supreme Court of Pennsylvania.

Feb. 7, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of February 2006, the Petition for Allowance of Appeal is GRANTED limited to the following issue:

Whether a "mere scintilla" of proof is sufficient to meet the regulatory requirement of 25 Pa.Code § 271.127(c) that the benefits of the proposed operation of a municipal waste landfill must "clearly outweigh the known and potential environmental harms."